PS 42
(Rev 07/93)

## United States District Court

## Southern District of Ohio

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **vs** | ) | |
| | ) | |
| **Kevin Fowler** | ) | Case No. 2:26CR00016-6 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Kevin Fowler, have discussed with Dennis McCafferty, Pretrial Services Officer, modification of my release as follows:

- Participate in mental health treatment as directed by the Pretrial Services Officer.

I consent to this modification of my release conditions and agree to abide by this modification.

| | | | |
|---|---|---|---|
| _____ | 4-17-26 | _____ | 4-17-26 |
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |

✓    The above modification of conditions of release is ordered, to be effective on  4/20/2026

[ ]    The above modification of conditions of release is not ordered.

| | |
|---|---|
| _____ | 4/20/2026 |
| Signature of Judicial Officer | Date |